[Nos. 30672-1-III; 31043-4-III.   Division Three.   July 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARQUIS JONES, *Appellant*.

*In the Matter of the Personal Restraint of* MARQUIS JONES, *Petitioner*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated September 17, 2013. Substitute opinion filed. See 176 Wn. App. 1040.

[No. 31042-6-III.   Division Three.   July 23, 2013.]

ROBIN JOHNSON ET AL., *Appellants*, v. SPOKANE TO SANDPOINT, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-05387-0, Gregory D. Sypolt, J., entered July 9, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J. Now published at 176 Wn. App. 453.

[No. 65945-6-I.   Division One.   July 29, 2013.]

DEBORAH RODRIGUEZ, *Appellant*, v. AMERICA ONE FINANCE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-39734-7, Gregory P. Canova, J., entered June 13, 2008. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Schindler, J.

[No. 67513-3-I.   Division One.   July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO PERALTA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12344-0, Barbara A. Mack, J., entered July 2, 2009. *Dismissed* by unpublished per curiam opinion.